IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FIRST SPECIALTY INSURANCE CORPORATION,          Plaintiff,  v.  WARD NORTH AMERICA HOLDING, INC., et al.,          Defendants. | Case No. 04-2359-JPO |

## **ORDER**

This case comes before the court on the Notice of Withdrawal of Counsel (**doc. 221**) filed by Kathleen A. Hardee. The court will construe the notice as a motion under D. Kan. 83.5.5.

D. Kan. Rule 83.5.5 governing withdrawal of counsel provides:

> An attorney seeking to withdraw must file and serve a motion to withdraw on all counsel of record, and provide a proposed order for the court. In addition, **the motion must be served personally or by certified mail, restricted delivery, with return receipt requested on the withdrawing attorney's client**. (Emphasis added.)

Ms. Hardee has failed to comply with D. Kan. Rule 83.5.5 in that there has been no evidence that she has served a copy of her motion upon her client, defendant Certain Underwriters at Lloyd's, London, a/k/a Underwriters at Lloyd's, a/k/a Lloyds. Notwithstanding, the court notes that other counsel have entered their appearances on behalf of said defendant.

In consideration of the foregoing,

IT IS HEREBY ORDERED:

1. The above-mentioned motion **(doc. 221)** is granted.

2. Kathleen A. Hardee is granted leave to withdraw as counsel of record for defendant. However, Ms. Hardee shall serve a copy of the motion filed along with a copy of this order upon her client.

Dated this 7th day of August, 2006, at Kansas City, Kansas.

                                                s/ James P. O'Hara
                                                James P. O'Hara
                                                U.S. Magistrate Judge